UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JORGE RIOS, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  Civil Action No. 14-cv-40171-IT |
| | * |
| UNITED STATES OF AMERICA, *et al.*, | * |
| | * |
| Defendants. | * |

ORDER

March 28, 2016

TALWANI, D.J.

After considering the Magistrate Judge's February 26, 2016 Report and Recommendation [#44], and noting that there has been no objection, the court hereby ACCEPTS and ADOPTS the Report and Recommendation [#57] for the reasons set forth therein. Defendants United States of America's Motion to Dismiss [#22], Robert Leslie Shelton Jr., M.D.'s Motion to Dismiss the Plaintiff's Claims Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) [#28], Health Alliance Hospital's Motion to Dismiss [#30], and Joseph C. Palombra's Motion to Dismiss [#31] are ALLOWED.

IT IS SO ORDERED.

    /s/ Indira Talwani
United States District Judge